GERTRUDE VAIL, Respondent, v. ANGELO COLUEII, Defendant, and HAZEN MOODY and WALTER WEYMER, Appellants.— Judgment of the County Court of Dutchess county unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of ANGELO PISANI, an Attorney and Counselor at Law.— That respondent has been burdened by economic difficulties and family illnesses does not excuse carelessness in his financial obligations to his clients, for which he is hereby censured. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

JULIUS KANTOR, Appellant, v. SILVER ROD STORES, INC., Respondent.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS SAMUELS, Appellant.— Motion for resettlement of order denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

MICHAEL RIVISTO and Another, Respondents, v. NEW YORK TELEPHONE COMPANY, Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

WILLIAM G. STAMM, Respondent, v. JACOB A. MELNICK, Trading as J. A. MELNICK COMPANY, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

TERNER BROS., INC., Appellant, v. GLICKSTEIN & TERNER, INC., Respondent. — Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

JOHN F. TRACEY, Respondent, v. HENRY SCHACHT and Others, Appellants.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs; examination to proceed on three days' notice. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

ARFST BEELENDORF, Respondent, v. DENEKE PROVISION Co., INC., Appellant.*— Judgment reversed on the law, with costs, and complaint dismissed, with costs. Plaintiff failed to show any actionable negligence against the defendant, or that he was free from contributory negligence. Young, Kapper and Tompkins, JJ., concur; Lazansky, P. J., and Scudder, J., concur for reversal but dissent as to the dismissal of the complaint and vote for a new trial.

ETHEL V. CLARE, as Administratrix of the Estate of ARNOLD B. CLARE, Deceased, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment affirmed, with costs. No opinion. Young, Scudder and Tompkins, JJ., concur; Lazansky, P. J., and Kapper, J., dissent and vote for reversal and a new trial, being of opinion that the verdict is excessive.